United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JESSE MUNOZ,
Plaintiff,

v.

JOSHUA PRUDHEL,
Defendant.

Case No. 26-cv-09273-HSG

**ORDER TO SHOW CAUSE**

Petitioner Matthew Jesse Munoz, who is in custody at Sierra Conservation Center in Jamestown, California, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. The Court has reviewed the petition and supporting documents and finds that, liberally construed, Petitioner's claims appear colorable under section 2254 and merit an answer from Respondent Joshua Prudhel.

For the foregoing reasons and for good cause shown, the Court **ORDERS**:

1. Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this order, an answer showing why a writ of habeas corpus should not be issued. Respondent should include a copy of all excerpts of the administrative record that are relevant to a determination of the issues in the petition.
2. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: 9/16/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge